United States Courts
Southern District of Texas
F I L E D

AUG 26 2019

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| In re VENTECH ENGINEERS LP, et al | ) | Case No.   17-33203 |
| Debtor | ) | |
| | ) | |
| Rodney D. Tow, Chapter 7 Trustee for | ) | Chapter 7 |
| the Estate of Ventech Engineers LP | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv.Proc.No 19-03489 |
| | ) | |
| Joerg Matthiessen | ) | |
| Defendant | ) | |

## MOTION TO DISMISS

COMES NOW, Defendant, Joerg Matthiessen, and hereby moves this Court to dismiss the Adversary Proceeding for insufficiency of service and process (Rule 12(b)(6)).
The summons was issued on July 25, but I received service only on August 9, and I need time to retain counsel.

Respectfully submitted,

_____   8/23/2019
Joerg Matthiessen

I certify that I send a copy of this letter to Charles M. Rubio,
Diamond McCarthy, 909 Fannin, Suite 3700, Houston,
TX 77010.